UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ELECTRONICALLY FILED

| | | |
|---|---|---|
| VICTORIA WARE, as the Executrix of the Estate of SHERRY WARE, deceased | ) ) ) | |
| PLAINTIFF | ) ) | Civil Action No. __3:22-CV-406-RGJ__ |
| v. | ) ) | |
| THORNTONS, LLC; and CHARLES SCHWARTZ | ) ) ) ) | |
| DEFENDANTS | ) ) ) ) | Removed from: Jefferson Circuit Court, Div. 10 Case No. 22-CI-3550 |

## NOTICE OF REMOVAL

Comes the Defendants, Thorntons, LLC ("Thorntons") and Charles Schwartz, by counsel, and for their notice of removal of this action from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division, states as follows:

1. On July 18, 2022, Thorntons was served with the Plaintiff's complaint, and summons filed in the Jefferson Circuit Court, Division Nine under case number 22-CI-3550.

2. The Defendant Charles Schwartz was supposed to be served via the long arm statue through the Kentucky Secretary of State, but service has not been perfected upon him at this time.

1

3. Upon information and belief, and at all times relevant hereto, Plaintiff Victoria Ware was and is an individual resident and citizen of the Commonwealth of Kentucky. Upon information and belief, the Plaintiff claims damages in excess of $75,000, exclusive of interest and costs.

4. Upon information and belief, and at all times relevant hereto, Defendant Charles Schwartz was a resident of and resided in the State of Indiana at the time of the accident.

5. Defendant Thorntons is and was at all times relevant hereto, including the time of the filing of this notice of removal and at the commencement of the state court action, a Delaware Limited Liability Company. The Company does not have any members who are residents of the Commonwealth of Kentucky.

6. Copies of all process and pleadings in the state court action are attached hereto as required by 28 U.S.C. § 1446(a).

7. The action is one over which the Court has original jurisdiction under 28 U.S.C. § 1332(a)(1), and is one which the Defendants may remove to this Court under 28 U.S.C. § 1441, because this is an action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

8. This notice of removal is filed within 30 days after Thorntons was served with the Plaintiff's complaint in the state court action, and within one year after the commencement of this action.

9. Defendants have consented to the removal of this case from state to federal court.

Respectfully submitted,

/s/ Jarad N. Key
Charles H. Cassis, Esq.
Jarad N. Key, Esq.
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, KY 40059
jkey@goldbergsimpson.com
PH: (502) 589-4440 / FAX: (502) 581-1344
*Counsel for Defendant,*
*Liberty Insurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of August, 2022, I electronically filed this document through the ECF system, and I served this document through regular U.S. Mail, postage prepaid, upon the following:

Patrick J. Smith Esq.
Nicholas Craddock, Esq.
John E. Abaray, Esq.
ABARAY CRADDOCK & SMITH, PLLC
12800 Townepark Way, Ste. 202
Louisville, KY 40243
*Counsel for Plaintiff*

/s/ Jarad N. Key
*Counsel for Defendants*